UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. DEMOS,<br><br>                Plaintiff,<br><br>   v.<br><br>JULIE MARTIN, et al.,<br><br>                Defendant. | Case No. C21-5679-RSL-SKV<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    This action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 19th day of October, 2021.

                                                        ROBERT S. LASNIK
                                                        United States District Judge